**MCGUIREWOODS LLP**
David S. Reidy (SBN 225904)
dreidy@mcguirewoods.com
Jamie D. Wells (SBN 290827)
jwells@mcguirewoods.com
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendant
Santander Consumer USA, Inc.

**TRYK LAW, PC**
Benjamin P. Tryk
ben@tryklaw.com
7050 N. Fresno St., #210
Fresno, CA 93720

**DAVIS & NORRIS, LLP**
Wesley W. Barnett
wbarnett@davisnorris.com
2154 Highland Avenue South
Birmingham, AL 35205

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>**ORDER**<br><br>Complaint Filed: June 6, 2018<br><br>Hon. William B. Shubb |

Plaintiffs Vicki Blakely, Steven Lawson, Christy Mitchell, Leslie Williams, James Rolland, Jaynellis Salinas, Kathleen Jones, Annie Bluitt, Samuel Carter, and Kevin Grief ("Plaintiffs") and Defendant Santander Consumer USA, Inc. ("SC"), by and through their respective undersigned counsel of record, field a joint stipulation to stay this case pending appeal. Good cause therefor appearing, the Court hereby **GRANTS** Plaintiffs and SC's Joint Stipulation to Stay Case Pending Appeal:

1. This case is stayed and all pending deadlines are vacated until resolution of Plaintiffs' pending appeal in the *April Lindblom v. Santander Consumer USA, Inc.,* Case No. 1:15-cv-00990-BAM,, defined here as: (1) Plaintiffs' pending appeal to the Ninth Circuit of the *Lindblom* court's order denying motions to intervene in that case (*Lindblom,* Dkt. 153); (2) Plaintiffs' request for interlocutory appeal of the *Lindblom* court's orders (*Lindblom,* Dkt. 152); and (3) Plaintiffs' request to the *Lindblom* court to certify a question for appeal (the "Appeal");

2. Within 5 court days after final resolution of Plaintiffs' Appeal, Plaintiffs agree to file a notice of ruling notifying this Court of the disposition of the Appeal and the parties may, singularly or jointly, file a request to set a scheduling conference in this action.

3. WHEREAS, the parties agree that SC's response to Plaintiffs' Complaint shall not be due until at least thirty days after the filing of a notice of ruling on Plaintiffs' Appeal, except as otherwise ordered by the Court or stipulated to by the parties.

**IT IS SO ORDERED.**

Dated: July 26, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE