UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, and KEVIN GREIF, on behalf of themselves and all others similarly situated, Plaintiffs, v. SANTANDER CONSUMER USA, INC., Defendant. | No. 2:18-cv-01647 WBS EFB ORDER |

----oo0oo----

Before the court are the parties' filings dated August 12, 2019 and August 13, 2019. (Docket Nos. 18, 20.) The court previously stayed this case, per the parties' agreement, pending the Ninth Circuit's decision in the related case <u>Lindblom v. Santander Consumer USA, Inc.</u>, Case No. 1:15-cv-990 BAM. (Docket No. 16.) That appeal concerned the requests by the plaintiffs in

this case to permissively intervene in the Lindblom case. The Ninth Circuit has since affirmed the denial of those requests to intervene, as explained by the parties in their recent filings. However, Judge McAuliffe has not decided a motion for leave to substitute as class representative or a motion for leave to intervene as of right, both of which were filed after plaintiffs in this case filed their notice of appeal in Lindblom. (Docket Nos. 156 & 164 in Case No. 1:15-cv-990 BAM.) Because Judge McAuliffe's decisions on those motions could affect proceedings in this case, this case is further STAYED pending resolution of those motions in Lindblom. The parties shall file a joint status report within 14 days after Judge McAuliffe has decided both motions.

IT IS SO ORDERED.

Dated: August 14, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE