UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, and KEVIN GREIF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | No. 2:18-cv-01647 WBS EFB<br><br>ORDER |

----oo0oo----

Before the court is the parties' Joint Status Report dated October 8, 2019. (Docket No. 22.) In light of Judge McAuliffe's decision on the motion for leave to substitute as class representative and the motion for leave to intervene as of right in the case <u>Lindblom v. Santander Consumer USA, Inc.</u>, Case No. 1:15-cv-990 BAM, as well as the parties' agreement, the stay

1

in this case is hereby LIFTED.  Defendant shall respond to plaintiff's Complaint within thirty days of the date of this order.

A scheduling conference in this case is set for January 21, 2020, at 1:30 p.m.  On or before January 6, 2020, the parties shall file an updated joint status report addressing the subjects listed in Local Rule 240 and proposing specific deadlines for the remainder of this case, including specific dates for the close of discovery, the filing of dispositive motions, the pretrial conference, and trial.

IT IS SO ORDERED.

Dated: October 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE