| | |
|---|---|
| **MCGUIREWOODS LLP**<br>Jamie D. Wells (SBN 290827)<br>jwells@mcguirewoods.com<br>Anthony Q. Le (SBN 300660)<br>ale@mcguirewoods.com<br>Two Embarcadero Center<br>Suite 1300<br>San Francisco, CA 94111<br>Telephone: 415.844.9944<br>Facsimile: 415.844.9922<br><br>K. Issac deVyver (*admitted pro hac vice*)<br>kdeVyver@mcguirewoods.com<br>Benjamin J. Sitter (SBN 273394)<br>bsitter@mcguirewoods.com<br>Tower Two-Sixty<br>260 Forbes Avenue<br>Suite 1800<br>Pittsburgh, PA 15222<br>Telephone: 412.667.6000<br>Facsimile: 412.667.6050<br><br>Attorneys for Defendant<br>Santander Consumer USA Inc. | **TRYK LAW, PC**<br>Benjamin P. Tryk<br>ben@tryklaw.com<br>7050 N. Fresno St., #210<br>Fresno, CA 93720<br><br>**DAVIS & NORRIS, LLP**<br>Wesley W. Barnett<br>wbarnett@davisnorris.com<br>Dargan Ware<br>dware@davisnorris.com<br>2154 Highland Avenue South<br>Birmingham, AL 35205<br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>      Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE HEARING** |

1. Plaintiffs Vicki Blakely, Steven Lawson, Christy Mitchell, Leslie Williams, James Rolland, Jaynellis Salinas, Kathleen Jones, Annie Bluitt, Samuel Carter, and Kevin Grief ("Plaintiffs") and Defendant Santander Consumer USA, Inc. ("SC"), by and through their respective undersigned counsel of record, filed a joint stipulation to continue the scheduling conference hearing. Good cause appearing, the Court hereby **GRANTS** Plaintiffs and SC's stipulation and orders as follows:

    **1.** The scheduling conference hearing currently scheduled for January 21, 2020, is continued to **Monday, February 3, 2020 at 1:30 p.m. in Courtroom 5 (WBS).**

    2. The Parties shall file an updated joint status report addressing the subjects listed in Local Rule 240 on or before **Tuesday, January 21, 2020.**

    3.

**IT IS SO ORDERED.**

**Dated: December 27, 2019**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE