**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
jwells@mcguirewoods.com
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*admitted pro hac vice*)
kdeVyver@mcguirewoods.com
Benjamin J. Sitter (SBN 273394)
bsitter@mcguirewoods.com
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
Santander Consumer USA Inc.

**TRYK LAW, PC**
Benjamin P. Tryk
ben@tryklaw.com
7050 N. Fresno St., #210
Fresno, CA 93720

**DAVIS & NORRIS, LLP**
Wesley W. Barnett
wbarnett@davisnorris.com
Dargan Ware
dware@davisnorris.com
2154 Highland Avenue South
Birmingham, AL 35205

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE FEBRUARY 3, 2020 SCHEDULING CONFERENCE HEARING**<br><br>Complaint Filed: June 6, 2018<br>Answer Filed: November 18, 2019<br><br>Hon. William B. Shubb |

CASE NO. 2:18-cv-01647-WBS-EFB
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE
THE FEBRUARY 3, 2020 SCHEDULING CONFERENCE HEARING

Plaintiffs Vicki Blakely, Steven Lawson, Christy Mitchell, Leslie Williams, James Rolland, Jaynellis Salinas, Kathleen Jones, Annie Bluitt, Samuel Carter, and Kevin Grief ("Plaintiffs") and Defendant Santander Consumer USA, Inc. ("SC"), by and through their respective undersigned counsel of record, filed a joint stipulation to continue the scheduling conference hearing. Good cause appearing, the Court hereby **GRANTS** Plaintiffs and SC's stipulation and orders as follows:

1. The scheduling conference hearing currently scheduled for Monday, February 3, 2020 at 1:30 p.m. in Courtroom 5 (WBS), is continued to **Monday, March 16, 2020 at 1:30 p.m. in Courtroom 5 (WBS)**.

**2.** The updated joint status report addressing the subjects of Local Rule 240 shall be filed on or before **Monday, March 2, 2020**.

**IT IS SO ORDERED.**

Dated: January 21, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1     CASE NO. 2:18-cv-01647-WBS-EFB
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE
THE FEBRUARY 3, 2020 SCHEDULING CONFERENCE HEARING