# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>ORDER DISMISSING WITH PREJUDICE CLAIMS OF PLAINTIFF LESLIE WILLIAMS<br><br>Complaint Filed: June 6, 2018<br>Answer Filed: November 18, 2019<br><br>Hon. William B. Shubb |

This matter is before the Court on the joint stipulation of Plaintiff Leslie Williams and Defendant Santander Consumer USA Inc. ("SC") to dismiss with prejudice Plaintiff Leslie Williams's individual claims against SC and to dismiss any claims that Leslie Williams asserts on behalf of absent putative class members without prejudice. Having considered the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff Leslie Williams's individual claims against SC are dismissed with prejudice.
2. Any claims that Leslie Williams asserts on behalf of absent putative class members in this action are dismissed without prejudice.
3. Each party will bear its own attorneys' fees and costs associated with this case.

**IT IS SO ORDERED.**

Dated:  April 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE