# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>**OEDER DISMISSING WITH PREJUDICE CLAIMS OF PLAINTIFFS KEVIN GREIF AND STEVEN LAWSON**<br><br>Complaint Filed: June 6, 2018<br>Answer Filed: November 18, 2019<br><br>Hon. William B. Shubb |

This matter is before the Court on the joint stipulation of Plaintiffs, Kevin Grief and Steven Lawson, and Defendant Santander Consumer USA Inc. ("SC") to dismiss with prejudice Plaintiff Kevin Grief's and Plaintiff Steven Lawson's individual claims against SC and to dismiss any claims that Kevin Grief and Steven Lawson asserts on behalf of absent putative class members without prejudice. Having considered the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff Kevin Grief's individual claims against SC are dismissed with prejudice.

2. Plaintiff Steven Lawson's individual claims against SC are dismissed with prejudice.

3. Any claims that Kevin Grief and Steven Lawson asserts on behalf of absent putative class members in this action are dismissed without prejudice.

////

   **4.** Each party will bear its own attorneys' fees and costs associated with this case.

**IT IS SO ORDERED.**

Dated: **April 14, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE