# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING WITH PREJUDICE CLAIMS OF PLAINTIFF SAMUEL CARTER AND JAMES ROLLAND**<br><br>Complaint Filed:  June 6, 2018<br>Answer Filed:  November 18, 2019<br><br>Hon. William B. Shubb |

This matter is before the Court on the joint stipulation of Plaintiffs, Samuel Carter and James Rolland, and Defendant Santander Consumer USA Inc. ("SC") to dismiss with prejudice Plaintiff Samuel Carter's and Plaintiff James Rolland's individual claims against SC and to dismiss any claims that Samuel Carter and James Rolland asserts on behalf of absent putative class members without prejudice.  Having considered the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff Samuel Carter's individual claims against SC are dismissed with prejudice.
2. Plaintiff James Rolland's individual claims against SC are dismissed with prejudice.
3. Any claims that Samuel Carter and James Rolland asserts on behalf of absent putative class members in this action are dismissed without prejudice.
4. Each party will bear its own attorneys' fees and costs associated with this case.

**IT IS SO ORDERED.**

**Dated:  April 22, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE