**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
jwells@mcguirewoods.com
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*admitted pro hac vice*)
kdeVyver@mcguirewoods.com
Benjamin J. Sitter (SBN 273394)
bsitter@mcguirewoods.com
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
Santander Consumer USA Inc.

**TRYK LAW, PC**
Benjamin P. Tryk
ben@tryklaw.com
7050 N. Fresno St., #210
Fresno, CA 93720

**DAVIS & NORRIS, LLP**
Wesley W. Barnett
wbarnett@davisnorris.com
Dargan Ware
dware@davisnorris.com
Robert B. Salgado
rsalgado@davisnorris.com
2154 Highland Avenue South
Birmingham, AL 35205

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES AND SCHEDULING CONFERENCE**<br><br>Complaint Filed: June 6, 2018<br>Answer Filed: November 18, 2019<br><br>Hon. William B. Shubb |

Plaintiff Jaynellis Salinas, ("Plaintiff") and Defendant Santander Consumer USA Inc. ("SC") (collectively, the "Parties"), by and through their respective undersigned counsel of record, filed a joint stipulation to continue the scheduling conference hearing. Good cause appearing, the Court hereby **GRANTS** Plaintiffs and SC's stipulation and orders as follows:

1. The dispositional documents pursuant to Local Rule 160(b), or joint status report addressing the subjects of Local Rule 240, shall be filed on or before

- **August 17, 2020**

2. The scheduling conference hearing currently scheduled for June 22, 2020 at 1:30 P.M. in Courtroom 5 (WBS), is continued to:

- **August 31, 2020 at 1:30 p.m. in Courtroom 5 (WBS).**

**IT IS SO ORDERED.**

Dated: June 3, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1   CASE NO. 2:18-cv-01647-WBS-EFB
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES AND SCHEDULING CONFERENCE