...

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| VICKI BLAKELY, STEVEN LAWSON, CHRISTY MITCHELL, LESLIE WILLIAMS, JAMES ROLLAND, JAYNELLIS SALINAS, KATHLEEN JONES, ANNIE BLUITT, SAMUEL CARTER, & KEVIN GREIF, on, behalf, of, themselves, and, all, others, similarly, situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01647-WBS-EFB<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING WITH PREJUDICE CLAIMS OF PLAINTIFF JAYNELLIS SALINAS**<br><br>Complaint Filed:  June 6, 2018<br>Answer Filed:  November 18, 2019<br><br>Hon. William B. Shubb |

This matter is before the Court on the joint stipulation of Plaintiff Jaynellis Salinas, deceased, by and through her only heirs, John Salinas and George Salinas, and Defendant Santander Consumer USA Inc. ("SC") to dismiss with prejudice Plaintiff Jaynellis Salinas's individual claims against SC and to dismiss any claims that Jaynellis Salinas asserts on behalf of absent putative class members without prejudice.  Having considered the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff Jaynellis Salinas's individual claims against SC are dismissed with prejudice.

2. Any claims that Jaynellis Salinas asserts on behalf of absent putative class members in this action are dismissed without prejudice.

3. Each party will bear its own attorneys' fees and costs associated with this case.

4. This action should be marked closed.

**IT IS SO ORDERED.**

Dated:  June 23, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE